Prob 12B
(7/93)

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 AUG -7 PM 1: 42

OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

for

### District of Nebraska

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Justin Ray Vieyra          **Docket Number:** 8:99CR276

**Sentencing Judge:**         The Honorable William G. Cambridge
                              U.S. Senior District Judge
                              District of Nebraska

**Date of Original Sentence:**   May 22, 2000

**Original Offense:**         Possession with intent to distribute methamphetamine;
                              [21 U.S. C. 841(a)(1)]

**Original Sentence:**        78 months custody; followed by five years
                              Supervised Release

**Type of Supervision:**      Supervised Release

**Date Supervision Commenced:**    December 23, 2005

## PETITIONING THE COURT

___  To extend the term of supervision for _____, for a total term of _____.

_X_  To modify the conditions of supervision as follows:

That the defendant's costs of supervision be remitted.

### CAUSE

Mr. Vieyra was ordered to pay the costs of supervised release at the then current rate, pursuant to special condition No. 7. As of May 2004, the costs of supervision was determined to be $292.21 per month. It is this officer's position that the costs of supervision would place an extreme financial burden upon Mr. Vieyra. His gross income is approximately $1,500 per month. In addition he recently incurred approximately $15,000 in medical bills. As such, in addition to his limited income, he would have a difficult time meeting his daily living expenses should he be required by the Court to pay monthly supervision fees.

Respectfully submitted,                                Reviewed by,

*Jeffrey C. Aurich*                                    *David E. Goering by Jeff C Aur*
Jeffrey C. Aurich                                      David E. Goering, Supervising
U.S. Probation Officer                                 U.S. Probation Officer

THE COURT ORDERS
===============================================================

___ No Action

___ The Extension of Supervision as Noted Above

_X_ The Modification of Conditions as Noted Above

___ Other


*Joseph F. Bataillon*                                  8/7/06
Joseph F. Bataillon                                    Date
Chief U.S. District Judge

Prob 49
(Rev. 12/00)

# United States District Court

### District of Nebraska

## Waiver of Hearing to Modify Conditions of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervision. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification:

That the defendant's costs of supervision be remitted.

Witness: _____      Signed: _____
Jeffrey C. Aurich                                          Offender
U.S. Probation Officer

Date: 8-2-06